UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

TYASIA BLAKE,

                                        Plaintiff,

                    -against-

THE CITY OF NEW YORK, COMMISSIONER
RAYMOND W. KELLY, SUPERVISOR JOHN DOE # 1;
P.O.   NIGUEL  VEGA, Shield # 08642, and POLICE
OFFICER JOHN DOES # 1-10; the individual defendants
sued individually and in their official capacities,

                                        Defendants.

------------------------------------------------------------------------X

**DECLARATION OF SERVICE
OF SUMMONS AND
COMPLAINT ON
DEFENDANTS CITY OF
NEW YORK & KELLY**

07 Civ. 9460 (LBS) (FM)

          I, MICHAEL OLIVER HUESTON, declare, pursuant to 28 U.S.C.
§ 1746, under penalty of perjury as follows:

          1.      I am not a party to this action, I am over 18 years of age, and I
reside in the State of New York.  On October 24, 2007, at approximately 12:15 p.m., I
served the summons and complaint in this matter on defendants CITY OF NEW YORK
and RAYMOND W. KELLY by delivering a copy of same to DOCKET CLERK
TAMEKIA MENDES-GAMMON, a person of suitable age and discretion at defendants'
place of business, within the state, at LAW DEPARTMENT OF THE CITY OF NEW
YORK, 100 Church Street, New York, New York.   This person is a Black female,
approximately 25 years old, and approximately 5' 7" tall.

          2.      Thereafter, on October 24, 2007, I mailed a copy of the summons
and complaint post paid by first class mail properly addressed to the defendants at the
aforementioned address in an envelope marked personal and confidential and not
indicating that the communication was from an attorney or concerned an action against
the defendants and deposited said envelope in a post office official depository under
exclusive care of the United States Postal Service.

Dated:          New York, New York
                October 24, 2007

                          _____s/_____
                          MICHAEL O. HUESTON (MH 0931)
                          350 Fifth Avenue, Suite 4810
                          New York, New York 10118