⚡AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   NEW YORK

TYASIA BLAKE

v.

CITY OF NEW YORK, et al.

APPEARANCE

Case Number: 07 CV 9460

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

City of New York
Commissioner Raymond W. Kelly

I certify that I am admitted to practice in this court.

November 13, 2007
Date

*Meghan Cavalieri* (signature)

Meghan A. Cavalieri     MC 6758
Print Name              Bar Number

100 Church Street, Room 6-307
Address

New York, NY  10007
City          State        Zip Code

(212) 788-6405        (212) 788-9776
Phone Number          Fax Number