UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
Tyasia Blake                                    07 CIV. 9460 (LBS)

v.

City of New York, Commissioner
Raymond W. Kelly, et al
------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-1-08
```

APPEARANCES:

Plaintiff by:

Michael Hueston, Esq.

350 5th Ave, #4810
N.Y., N.Y. 10118

Defendant by:
City of New York,
Law Department

by Asst Corporation counsel
Meghan Cavalieri,
100 Church Street
N.Y., N.Y. 10007

SAND, J.

       Pursuant to Fed. R. Civ. P. 16(b), after holding an initial pretrial conference, it is hereby ordered that:

1. The last date for joining additional parties or amending the pleadings shall be _____.

2. The last date for the filing and hearing of motions shall be _____.

3. All discovery shall be completed by 9/8/08.

4. A pretrial order shall be submitted by 9/28/08. The pretrial order shall conform with the Court's instructions, a copy of which may be obtained from the Deputy Clerk.

5. A pretrial conference shall be held on October 7, at 9:30. This conference is to be attended by counsel who will actually try the case.

       If the action is for personal injuries, plaintiff is directed to make a monetary settlement demand and defendant is directed to respond to such demand prior to the pretrial conference.

       SO ORDERED.

DATED:   New York, New York
             4/1/08

_____
U.S.D.J.