UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

TYASIA BLAKE,

                      Plaintiff,

-against-

THE CITY OF NEW YORK, COMMISSIONER
RAYMOND W. KELLY, SUPERVISOR JOHN DOE # 1;
P.O. NIGUEL VEGA, Shield # 08642, and POLICE
OFFICER JOHN DOES # 1-10; the individual defendants
sued individually and in their official capacities,

                      Defendants.

-----------------------------------------------------------X

**STIPULATION AND ORDER TO AMEND THE FIRST AMENDED COMPLAINT**

07 Civ. 9460 (LBS) (FM)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-5-08

LEONARD B. SAND
UNITED STATES DISTRICT JUDGE

       WHEREAS, plaintiff commenced this action by filing a complaint in this matter; and

       WHEREAS, plaintiff, pursuant to Fed. R. Civ. P. 15(a), seeks leave to amend the complaint; and

       WHEREAS, upon reviewing the proposed first amended complaint, defendants consents to allow plaintiff to amend the complaint to substitute the John Doe defendants;

       WHEREAS, by consenting to allow plaintiff to file and serve an amended complaint, defendants do not waive any of their affirmative defenses, including but not limited to, the statute of limitations defense;

2127889776 XE3161 11:05:28 a.m. 07-22-2008 3/3
Jul 07 2008 5:59PM HP LASERJET FAX (212) 643-2961
Case 1:07-cv-09460-LBS   Document 10   Filed 08/05/2008   Page 2 of 20

WHEREAS, the parties have agreed that the defendants shall answer the first amended complaint within thirty days of being served with the first amended complaint;

IT IS HEREBY STIPLUATED AND AGREED, that the complaint shall be amended as set forth in the proposed first amended complaint.

DATED: New York, New York
July 22, 2008

MICHAEL HUESTON, ESQ.
Attorney for Plaintiff
350 Fifth Avenue, Suite 4810
New York, New York 10118
(212) 643-2900
mhueston@nyc.rr.com
By:

MICHAEL O. HUESTON (MH-0931)

MICHAEL A. CARDOZO
Corporation Counsel for
the City of New York
Attorney for Defendants
100 Church Street
New York, New York 10007
(212) 788-8084
By:

MEGHAN CAVLIERI (MC-6758)

SO ORDERED:

HON. LEONARD B. SAND
U.S.D.J.    8/6/08

2